620

470 A.2d 1042

Commonwealth v. Moore, Appellant.

Submitted October 11, 1983. M. Emmons Stivers, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.